**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Javier HERRERA–CHAVEZ, aka Jaime Hernandez, Defendant–Appellant.**

**No. 01–10324.**
**D.C. No. CR–00–00701–EHC.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 17, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

MEMORANDUM **

Javier Herrrera–Chavez appeals his jury-trial conviction and 66–month sentence imposed for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. Herrrera–Chavez's attorney has

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Herrrera–Chavez has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.